**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1926

_____

Pace Industries, Inc.; Pace Industries    *
Cast-Tech Division, Inc.,    *
   *
       Appellants,    *
   *    Appeal from the United States
    v.    *    District Court for the
   *    Western District of Arkansas.
Continental Insurance Company,    *
   *     **[UNPUBLISHED]**
       Appellee.    *

_____

Submitted: November 25, 1997
Filed: December 4, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Pace Industries, Inc.[1] appeals from the district court's[2] grant of summary judgment in favor of Continental Insurance Company in this action for declaratory

_____

[1] Pace Industries Cast-Tech Division, Inc., originally a plaintiff in this action, has been merged into Pace. (Appellant's Br. at ii.)

[2] The HONORABLE H. FRANKLIN WATERS, United States District Judge for the Western District of Arkansas.

judgment on insurance coverage.  After de novo review of the record, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.